EDWARD HARRIS, PLAINTIFF IN ERROR, v. CONGRESS HALL HOTEL COMPANY, DEFENDANT IN ERROR.

Argued March 18, 1909—Decided June 14, 1909.

On error to the Supreme Court.

For the plaintiff in error, *John W. Wescott.*

For the defendant in error, *Carrow & Kraft.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons stated in the opinion of Mr. Justice Trenchard, delivered in the court below.

*For affirmance*—THE CHIEF JUSTICE, REED, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, DILL, J.J.   11.

*For reversal*—None.